IN THE UNITED STATES COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.  08-50-M |
| | ) | |
| DOUGLAS FIELDS and | ) | |
| JAMIR RICHARDSON, | ) | |
| | ) | |
| Defendants. | ) | |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

PLEASE withdraw the appearance of Edmond Falgowski as attorney of record for the

United States and enter the appearance of Ilana H. Eisenstein, Assistant U.S. Attorney, in the

above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: March 18, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.  08-50-M |
| | ) | |
| DOUGLAS FIELDS and | ) | |
| JAMIR RICHARDSON, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the

District of Delaware, hereby certify that on the 18th day of March, 2008, I caused to be

electronically filed a **Substitution of Counsel And Entry of Appearance** with the Clerk of

Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF.

I further certify that a copy of the foregoing was hand-delivered  to counsel of record as follows:

Edson A. Bostic
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

   /s/Brandi C. Everett
Brandi C. Everett
Legal Assistant

2