**ORIGINAL**

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ DISTRICT OF __**DELAWARE**__

UNITED STATES OF AMERICA
V.
Jamir Richardson

SEALED / UNSEALED 3/14

**WARRANT FOR ARREST**

CASE NUMBER: 08-50-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jamir Richardson___
<sub>Name</sub>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Bank Fraud

in violation of Title ___18___ United States Code, Section(s) ___1344___

U.S. MARSHALS SERVICE
WILMINGTON, DELAWARE
2008 FEB 28 P 2:
RECEIVED

___Honorable Mary Pat Thynge___    ___United States Magistrate Judge___
Name of Issuing Officer                  Title of Issuing Officer

___[signature]___                      ___2/20/08___  Wilmington, DE
Signature of Issuing Officer            Date and Location

Bail fixed at $ _____ by _____
                                           Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 3/14/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/14/08 | Mike Armstrong | [signature] |