IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Action No. 08- 92-UNA |
| | : |
| JAMIR RICHARDSON | : |
| Defendant. | : |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about November 27, 2006, in the state and District of Delaware, the defendant, JAMIR RICHARDSON, with intent to defraud, did pass, utter and publish as true a Treasury check of the United States, numbered xxxx-xxxx-0883, and dated November 10, 2006, in the amount of $5,038, bearing a falsely made and forged endorsement, in violation of Title 18, United States Code, Section 510(a)(2).

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Ilana H. Eisenstein
Assistant U.S. Attorney

Dated: June 11, 2008