IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 08-092-SLR |
| ) | |
| JAMIR RICHARDSON, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 24th day of June, 2008, having been advised by counsel that defendant intends to enter a plea of guilty to an Information;

IT IS ORDERED that:

1. A plea hearing is scheduled for **Monday, August 4, 2008** at **8:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **August 4, 2008** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h).

_____
United States District Judge