IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 08-092-SLR |
| | ) |
| JAMIR RICHARDSON, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 5th day of August, 2008,

IT IS ORDERED that a plea hearing is scheduled for **Wednesday, September 3, 2008** at **8:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge